[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-12554
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 19, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-00145-CR-1-WSD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATTU JULIAN VALLADAREZ,
a.k.a. Cholo,
a.k.a. Ramiro Ramirez,
a.k.a. Ramiro Ramirez-Perez,
JOSE ALFREDO CRUZ,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

(October 19, 2010)

Before DUBINA, Chief Judge, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Nattu Julian Valladarez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**.

Nevertheless, Valladarez's judgment indicated that he violated 18 U.S.C. § 1956(B)(i) and (B)(ii). Those sections, however, do not exist. *See* 18 U.S.C. § 1956. Instead, it appears that the district court committed a clerical error and intended to cite § 1956(a)(1)(B)(i) and (a)(1)(B)(ii). Accordingly, we affirm Valladarez's convictions and sentences, but we remand the case to the district court for the limited purpose of allowing the court to correct the clerical error in Valladarez's judgment. *See United States v. Diaz*, 190 F.3d 1247, 1251-53 (11th Cir. 1999) (vacating and remanding for the limited purpose of correcting clerical error in the defendant's judgment).

   **AFFIRMED IN PART, REMANDED IN PART.**